# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON 5/2/2012
Julie A. Richards, Clerk
US District Court
Eastern District of NC

United States of America )
v. )
Dwayne Tyrone Richardson )
) Case No: 5:04-CR-82-1BO
) USM No: 24265-056
Date of Original Judgment: 11/20/2009 )
Date of Previous Amended Judgment: ) Thomas P. McNamara
*(Use Date of Last Amended Judgment if Any)* Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☑ DENIED.  ☐ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of _____ months **is reduced to** _____

The defendant was subject to a mandatory minimum term of imprisonment, which was not mitigated by application of 18 U.S.C. § 3553(f) or 5C1.2 (Safety Valve). In the instant offense, it was determined that the applicable guideline range was 262 to 327 months; however, the court departed downward and sentenced the defendant to the mandatory minimum statutory term of 120 months pursuant to a U.S.S.G. 5K1.1....(contiuned on page 2)

If the amount of time the defendant has already served exceeds this sentence, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment(s) dated November 20, 2009 shall remain in effect. **IT IS SO ORDERED.**

Order Date: 5-2-12

Effective Date: _____
*(if different from order date)*

Terrence W. Boyle, U.S. District Judge
Printed name and title